IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:21-CV-114-KDB-DSC

| | |
|---|---|
| DAVID HOWARD CALL,  )<br>  )<br>        Plaintiff,  )<br>  )<br>v.  )<br>  )<br>  )<br>TOWN OF MOORESVILLE, N.C., DAMON  )<br>WILLIAMS, individually and in his Official  )<br>Capacity as Chief of Police of the Town of  )<br>Mooresville, N.C., DAVID TREME, in his  )<br>individual and Official Capacity as Interim  )<br>Manager of the Town of Mooresville, N.C.,  )<br>and RONALD CAMPURCIANI, individually  )<br>and in his Official Capacity as Chief of Police  )<br>of the Town of Mooresville, N.C.;  )<br>  )<br>  )<br>        Defendants.  ) | **ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY** |

**THIS CAUSE COMING BEFORE THE COURT** upon the Motion of Linda Prevette Call, Administratrix of the Estate of David Howard Call, to be substituted as party Plaintiff in the above-captioned matter in place of decedent, David Howard Call;

**AND IT APPEARING TO THE COURT** that the Motion is meritorious, based upon good cause shown, and should, therefore, be **ALLOWED**.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** as follows:

that Linda Prevette Call, as Administratrix of the Estate of David Howard Call, is hereby substituted as Plaintiff in place of decedent David Howard Call in the above-captioned matter.

**SO ORDERED.**

Signed: December 14, 2021

David S. Cayer
United States Magistrate Judge