UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:21-CV-114

| | | |
|---|---|---|
| LINDA PREVETTE CALL, Administratrix of the ESTATE OF DAVID HOWARD CALL, <br><br> Plaintiff, <br><br> v. <br><br> TOWN OF MOORESVILLE, N.C.; DAMON WILLIAMS, individually and in his Official Capacity as Chief of Police of the Town of Mooresville, N.C.; DAVID TREME, in his individual and Official Capacity as Interim Manager of the Town of Mooresville, N.C.; and RONALD CAMPURCIANI, individually and in his Official Capacity as Chief of Police of the Town of Mooresville, N.C.; <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **NOTICE OF SETTLEMENT** |

The parties jointly advise the Court that the parties have agreed to settle this case. A Settlement Agreement and Release of Claims will be executed by the parties in the coming days. The settlement documents have been exchanged between the parties and Plaintiff's counsel is waiting on issuance of the checks to complete settlement.

The parties anticipate filing a Stipulation of Dismissal with prejudice with the Court within 45 days. The parties request that any remaining deadlines be suspended, future appearances excused, and the case removed from future calendars.

Respectfully submitted.

This the 15th day of February, 2022.

/s/William L. Hill
William L. Hill (NCSB #21095)
*Attorney for Plaintiff Linda P. Call*
**FRAZIER, HILL & FURY, R.L.L.P.**
2307 W. Cone Boulevard, Suite 260
Post Office Drawer 1559
Greensboro, North Carolina 27402
Telephone:    (336) 378-9411
Facsimile:    (336) 274-7358
whill@frazierlawnc.com

/s/Katie W. Hartzog (with permission)
Katie Weaver Hartzog (NCSB #32989)
*Attorney for Defendants Damon*
*Williams and David Treme*
**HARTZOG LAW GROUP LLP**
2626 Glenwood Avenue, Suite 305
Raleigh, NC 27608
Telephone:    (919) 670-0338
Facsimile:    (919) 714-4635
khartzog@hartzoglawgroup.com

/s/C. Grainger Pierce, Jr. (with permission)
C. Grainger Pierce, Jr.
*Attorney for Defendants Town of*
*Mooresville & Campurciani*
**VAN HOY, REUTLINGER, ADAMS**
**& PIERCE, PLLC**
305737 East Boulevard
Charlotte, NC 28203
Telephone:    (704) 375-6022
Facsimile:    (704) 375-6024
grainger.pierce@vraplaw.com

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned does hereby certify that a copy of the foregoing **NOTICE OF SETTLEMENT** was duly served upon all parties hereto in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure through the CM/ECF system for the Western District of North Carolina as follows:

C. Grainger Pierce Jr.
G. Bryan Adams, III
Van Hoy, Reutlinger, Adams & Pierce, PLLC
Grainger.pierce@vraplaw.com
Bryan.adams@vraplaw.com
*Attorney for Defendants Town of Mooresville & Campurciani*

Katie Weaver Hartzog
Hartzog Law Group, LLP
khartzog@hartzoglawgroup.com
*Attorney for Defendants Williams & Treme*

This the 15th day of February, 2022.

/s/ William L. Hill
William L. Hill (NCSB #21095)
*Attorney for Plaintiff Linda P. Call*

3