UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:21-CV-114

| | | |
|---|---|---|
| LINDA PREVETTE CALL, Administratrix of the ESTATE OF DAVID HOWARD CALL, <br><br> Plaintiff, <br><br> v. <br><br> TOWN OF MOORESVILLE, N.C.; DAMON WILLIAMS, individually and in his Official Capacity as Chief of Police of the Town of Mooresville, N.C.; DAVID TREME, in his individual and Official Capacity as Interim Manager of the Town of Mooresville, N.C.; and RONALD CAMPURCIANI, individually and in his Official Capacity as Chief of Police of the Town of Mooresville, N.C.; <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Linda Prevette Call, Administratrix of the Estate of David Howard Call, and Defendants Town of Mooresville, N.C., Damon Williams, David Treme, and Ronald Campurciani, hereby stipulate to the dismissal, with prejudice, of all claims in the above-captioned matter. Each party is to bear their own costs related to this case.

This the 6th day of April, 2022.

/s/William L. Hill
William L. Hill (NCSB #21095)
*Attorney for Plaintiff Linda P. Call*
**FRAZIER, HILL & FURY, R.L.L.P.**
2307 W. Cone Boulevard, Suite 260
Post Office Drawer 1559
Greensboro, North Carolina 27402
Telephone:    (336) 378-9411
Facsimile:    (336) 274-7358
whill@frazierlawnc.com

/s/Katie W. Hartzog (with permission)
Katie Weaver Hartzog (NCSB #32989)
*Attorney for Defendants Damon Williams and David Treme*
**HARTZOG LAW GROUP LLP**
2626 Glenwood Avenue, Suite 305
Raleigh, NC 27608
Telephone:    (919) 670-0338
Facsimile:    (919) 714-4635
khartzog@hartzoglawgroup.com

/s/C. Grainger Pierce, Jr. (with permission)
C. Grainger Pierce, Jr.
*Attorney for Defendants Town of Mooresville & Campurciani*
**VAN HOY, REUTLINGER, ADAMS & PIERCE, PLLC**
305737 East Boulevard
Charlotte, NC 28203
Telephone:    (704) 375-6022
Facsimile:    (704) 375-6024
grainger.pierce@vraplaw.com

2